IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL WARREN FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV110 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to proceed *in forma pauperis* (Filing No. 2). The Court has reviewed the affidavit in support of plaintiff's motion and finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to proceed *in forma pauperis* is granted. This action shall be filed at no cost to plaintiff pursuant to 28 U.S.C. § 1915(a)(1).

DATED this 11th day of March, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court