IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL WARREN FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV110 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for extension to file his brief (Filing No. 16). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted; plaintiff shall have until July 18, 2016, to file his brief.

2) Defendant shall have until August 18, 2016, to file a brief in response.

DATED 3rd day of June, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court